# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL IMAGE TECHNOLOGY, INC., ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 08-307 |
| v. ) ) | Chief Judge Lancaster |
| ) | Magistrate Judge Bissoon |
| MITSUBISHI ELECTRIC CORPORATION, ) ) ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On August 1, 2008, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On April 9, 2010, the magistrate judge issued a Report (Doc. 59) recommending that the parties' disputed patent claim terms be construed as specified in the Report. Service of the Report and Recommendation was made on the parties, and Plaintiff and Defendant filed Objections on April 23, 2010. *See* Docs. 60 & 61.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this 15th day of May, 2010, the Court hereby ADOPTS and ORDERS the following claim constructions:

**Image** means "a two dimensional representation of a scene, that depending on the context, may refer to the image to be displayed or to the image on the display device that is to be

interleaved to recreate the image to be displayed."

**Resolution** means "the fineness of an image, as measured by the number of image elements or pixels making up the image."

**Image Element** means "the smallest element of an image that can be assigned independent characteristics."

**Display** and **Display Device** mean "an output device on which display images can be represented."

**Frame** means "a spatially complete image with respect to how it is displayed on the display device and an incomplete fractional image of the image to be displayed with respect to the image seen by the viewer."

**Providing ... said ... set in response to said first number of image elements** means "providing a group of elements from the image to be displayed by utilizing a lesser number of image elements from the image to be displayed."

**Selecting ... a ... set of said image elements** means "selecting a group of elements lesser in number than elements from the image to be displayed, from the elements of the image to be displayed."

**Providing a ... set of display elements in response to said image elements** means "providing a group of elements from the image to be displayed by utilizing a lesser number of image elements from the image to be displayed."

**Interleaving** and **Interleaved** mean "the merging of two different frames of an image, with or without overlap, such that a given line of the merged image includes alternating image elements from each frame."

**A plurality of lower resolution frames of said image elements including a first frame and a second frame** means "two or more frames of the elements of the image to be displayed, where each frame includes fewer elements than the number of elements of the image to be displayed."

The Report and Recommendation of Magistrate Judge Bissoon dated April 9, 2010 is hereby adopted as the Opinion of the District Court.

Gary L. Lancaster
Chief United States District Judge

cc (via email):

All Counsel of Record