# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Crystal Image Technology, Inc., | ) |
| Plaintiff, | ) |
| | ) Case No. 08-0307 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| Mitsubishi Electric Corporation, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the Joint Motion and Stipulation for Dismissal with Prejudice of plaintiff Crystal Image Technology, Inc. ("CIT") and defendant Mitsubishi Electric Corporation ("Mitsubishi"), the parties having advised the Court that they have reached a settlement, and good cause appearing,

IT IS ORDERED that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the claims of CIT against Mitsubishi in this lawsuit are dismissed with prejudice; and

2. CIT and Mitsubishi will bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit.

DATED this 25th day of July.

HONORABLE GARY L. LANCASTER
Chief U.S. District Court Judge